

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8631 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Rosemary FLORES | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about July 13, 2008, within the Southern District of California, defendant Rosemary FLORES did knowingly and intentionally import approximately 10.50 kilograms (23.10 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

LORENA MULVIHILL
Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, July 14, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
     v.
Rosemary FLORES

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Lorena Mulvihill.

On July 13, 2007, at approximately 1620 hours, Customs and Border Protection Officer (CBPO) F. Iniguez was assigned to primary lanes at the Calexico, California West Port of Entry when a 1992 Ford Crown Victoria bearing California license plate 5NNA482 approached for entry.

CBPO Iniguez encountered the operator and sole occupant of the vehicle identified as Rosemary FLORES. CBPO Iniguez received a negative Customs declaration from FLORES and noticed she was sweating profusely and looked away when she answered questions. FLORES stated she went to Mexico to drop off her in-laws. CBPO Iniguez referred FLORES and the vehicle to the vehicle secondary lot for further examination.

In the vehicle secondary area, CBPO E. Pelayo approached FLORES and the vehicle for inspection. During CBPO Pelayo's inspection of the vehicle he noticed shinny screws on the hose clamps connection of the gas tank. CBPO Pelayo tapped the gas tank and noticed it sounded solid when tapped. CBPO Pelayo requested CBP Canine Enforcement Officer (CEO) m. Hedlund to screen the vehicle with his Narcotic Detector Dog (NDD). NDD alerted to the vehicle. CBP CEO C. Hedlund informed CBPO Pelayo of the alert.

    CBPO Pelayo resumed examination of the vehicle and discovered several packages concealed within the gas tank of the vehicle. CBPO Pelayo removed a package and probed the package exposing a green leafy substance. A sample of the substance was tested and proved positive for marijuana. A total of twenty (14) packages, with a total weight of 10.50 kilograms (23.10 pounds) were removed from the vehicle.

    FLORES was advised of her rights per Miranda. FLORES stated she understood her rights and was willing to waive her rights and make a statement. FLORES stated she borrowed the vehicle from her friend KRISTY to get away from her problems. FLORES stated she had possession of the vehicle the entire time in Mexico.