**FILED**

AUG - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2628-JLS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ROSEMARY FLORES, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 13, 2008, within the Southern District of California, defendant ROSEMARY FLORES, did knowingly and intentionally import approximately 10.50 kilograms (23.10 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 7, 2008 .

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:Imperial
8/6/08