AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

AUG - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ROSEMARY FLORES

**WAIVER OF INDICTMENT**

CASE NUMBER: _08CR2628-JLS_

I, <u>ROSEMARY FLORES</u>, the above named defendant, who is accused of committing the

following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___8/7/08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____  7/29/08
Counsel for Defendant

Before _____
Judicial Officer