

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROSEMARY FLORES,<br><br>        Defendant. | Criminal Case No. 08CR2628-JSL<br><br>I N F O R M A T I O N<br>(SUPERSEDING)<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about July 13, 2008, within the Southern District of California, defendant ROSEMARY FLORES, did knowingly and intentionally import approximately 20.28 kilograms (44.61 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 21, 2008 .

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:Imperial
8/20/08