✎ AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

ROSE MARY FLORES

CASE NUMBER: 08 cr 2628- JLS

I, ROSE MARY FLORES _____ , the above named defendant, who is accused of

IMPORTATION OF MARIJUANA IN A SUPERSEDING INFORMATION

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____ 8/21/08 _____ prosecution by indictment and consent that the pro-
                              *Date*

ceeding may be by information rather than by indictment.

FILED

AUG 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ EF _____ DEPUTY

X _____
*Defendant*

_____
*Counsel for Defendant*

Before _____
        *Judicial Officer*